No. 73–346.  Anderson et al. v. United States. C. A. 4th Cir.  Certiorari granted.

No. 73–631.  Howard Johnson Co., Inc. v. Detroit Local Joint Executive Board, Hotel & Restaurant Employees & Bartenders International Union, AFL–CIO.  C. A. 6th Cir.  Certiorari granted.

No. 73–5265.  Kokoszka v. Belford, Trustee in Bankruptcy.  C. A. 2d Cir.  Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 73–5284.  Dorszynski v. United States.  C. A. 7th Cir.  Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 72–6580.  Operative Plasterers & Cement Masons International Union Local 685, AFL–CIO v. Texaco Inc.  C. A. 5th Cir.  Certiorari denied.

No. 72–6720.  Trammell v. LaVallee, Correctional Superintendent.  C. A. 2d Cir.  Certiorari denied.

No. 73–210.  Frommhagen v. Scott.  Ct. App. D. C. Certiorari denied.

No. 73–292.  Hendrickson v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 73–361.  Ricord v. United States.  C. A. 2d Cir. Certiorari denied.